**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jamie A. Frost, Esq.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jfrost@maclaw.com
    Attorneys for Plaintiff,
        Tara Minerals Corp.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARA MINERALS CORP., a Nevada corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>CARNEGIE MINING AND EXPLORATION, INC. a Panamanian corporation,<br><br>                    Defendant.<br><br>AND ALL RELATED MATTERS | Case No.: 2:11-cv-01816-APG-GWF<br><br>*consolidated with*<br><br>Case No.: 2:12-cv-01295-MMD-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff/Counterdefendant/Counterclaimant Tara Minerals Corp., Defendants/Counterclaimants Tom Claridge, Jeff Holt and Steve Eady; Third Party Defendant Pittsburgh Mineral & Environmental Technology, Inc. and Third Party Defendant American Metal Mining, S.A. de C.V., by and through their attorneys, Marquis Aurbach Coffing; Third Party Defendant Harsco Corporation, by and through its attorneys, Bremer Whyte Brown & O'Meara; and Defendant/Counterclaimant/Third Party Plaintiff Carnegie Mining and Exploration, Inc. and CME Operations, LLC, by and through their attorneys, Lewis and Roca, hereby agree and

MAC:12340-001 1942806_1 8/26/2013 8:28 AM

1  stipulate that Case Nos. 2:11-cv-01816-MMD-GWF and 2:12-cv-01295-MMD-GWF are hereby

2  dismissed with prejudice with each party to bear their own attorneys fees and costs.

3  Dated this 26th day of August, 2013        Dated this 26th day of August, 2013

4  MARQUIS AURBACH COFFING              LEWIS AND ROCA LLP

6  By____/s/ Terry A. Coffing_____        By____/s/ W. West Allen_____
    Terry A. Coffing, Esq.                           W. West Allen, Esq.
7    Nevada Bar No. 4949                           Nevada Bar No. 5566
    Jamie A. Frost, Esq.                            Jonathan W. Fountain, Esq.
8    Nevada Bar No. 11507                          Nevada Bar No. 10351
    10001 Park Run Drive                         3993 Howard Hughes Pkwy., Ste. 600
9    Las Vegas, Nevada 89145                      Las Vegas, NV 891690
    Attorneys for Plaintiff/                         Attorneys for Third Party Plaintiff,
10 Counterdefendant/Third Party Defendant       Counterclaimant and Defendant Carnegie
    Tara Minerals Corp.                            Mining and Exploration, Inc.

12  Dated this 26th day of August, 2013

13  BREMER WHYTE BROWN &
    O'MEARA LLP

15  By____/s/ Anthony T. Garasi_____
    Nelson L. Cohen, Esq.
16   Nevada Bar No. 7657
    Anthony T. Garasi, Esq.
17   Nevada Bar No. 11134
    7670 W. Lake Mead Blvd., Ste. 225
18   Las Vegas, NV 89128
    Attorney for Third-Party Defendant Harsco
19   Corporation

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 26, 2013.